

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00300-CR

**EX PARTE** Jose Pedro **AGUILLEN-ARTEAGA**

Original Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Beth Watkins, Justice

Delivered and Filed: April 19, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On March 30, 2023, relator filed a petition for writ of mandamus. Relator also filed a motion for temporary stay of the underlying proceedings pending final resolution of the petition for writ of mandamus. After considering the petition, real party in interest's response, and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion for temporary stay is denied as moot.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 30868, styled *State of Texas v. Jose Pedro Aguillen-Arteaga*, pending in the County Court, Maverick County, Texas, the Honorable Susan D. Reed presiding.